FILED
CLERK, U.S. DISTRICT COURT

January 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> MAYFLOWER REMODELERS, INC., ET. AL, <br><br> Defendants. | Case No.: 2:20-cv-06248-SB-SK <br><br> ORDER TO SHOW CAUSE (OSC) RE: SANCTIONS FOR FAILURE TO SUBMIT JOINT RULE 26(F) REPORT |

    Wells Fargo Bank, N.A. filed this interpleader action on July 14, 2020. The previously assigned judge in this case issued an order setting a scheduling conference on January 8, 2021 and directing the parties to submit a Joint Rule 26(f) Report by no later than 14 days before the conference. The parties have failed to submit a report. The Court therefore vacates the January 8, 2021 scheduling conference and issues the orders below instead.

    IT IS HEREBY ORDERED that the parties that have appeared in this action are to show cause, on January 22, 2021 at 8:30 a.m., why sanctions should not be imposed against them and/or their respective counsel for failure to comply with the Court's order. *See, e.g.,* Fed. R. Civ. P. 16(f) (authorizing sanctions for "fail[ure] to obey a scheduling or other pretrial order").

IT IS FURTHER ORDERED that the parties are to submit a declaration in response to the OSC and a Joint Rule 26(f) Report by no later than January 12, 2021.

DATED: January 5, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge