UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JS-6

WELLS FARGO BANK, N.A.,

Plaintiff,

v.

MAYFLOWER REMODELERS, INC.; BUILDERS OF AMERICA, INC.; VENICE 770 BH, LLC, and EZRA OZER,

Defendants.

Case No.: 2:20-cv-06248-SB-SK

**ORDER APPROVING STIPULATION TO RELEASE INTERPLEADED FUNDS AND TO SETTLE CASE**

The Court, having reviewed and considered the Joint Stipulation to Release Interpleaded Funds and to Settle Case, by and between Defendants, Mayflower Remodelers, Inc. ("Mayflower"), Builders of America, Inc. ("Builders"), Venice 770 BH, LLC ("Venice") and Ezra Ozer ("Mr. Ozer") (collectively the "Claimant Defendants"), the Court finds, adjudges and orders as follows:

For good cause, the Court **APPROVES** the Joint Stipulation.

**THE COURT ORDERS**:

1. That the Registry Funds, including any interest thereon, be paid to the United States Government to repay, to the extent possible, the SBA Funds made available to Mayflower and Builders. The Clerk of Court shall disburse the interpleader funds in the registry of the Court, in the amount of $282,879.28, to the United States Department of Justice by mailing a check to the following address:

U.S. Department of Justice
Nationwide Central Intake Facility
P.O. Box 790363
St. Louis, MO 63179-0363

2. That counsel for the Claimant Defendants cooperate with the U.S. Attorney's office to provide information necessary to properly direct the interpleaded funds to the proper account within the U.S. Government;

3. That the Court dismiss this action against the Claimant Defendants; and

4. That this Order of the Court shall not be deemed to result in a dismissal of any claims existing between the Claimant Defendants and other parties as set forth in following pending cases in the Superior Court of Los Angeles County: (i) Los Angeles Superior Court Case No. 20STCV25574 and (ii) Los Angeles Superior Court Case No. 21STCV28955.

**IT IS SO ORDERED**.

Dated: November 12, 2021

Stanley Blumenfeld, Jr.
United States District Judge

cc: Fiscal Services